CHARLES D. COCHRAN, Esq. [State Bar No. 98064]
RACHAEL ERICKSON, Esq. [State Bar No. 217445]
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA 95404
(707) 544-9006 - Telephone
(707) 544-7213 - Facsimile

Attorneys for Plaintiff
FRED ROBBINS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ROBBINS, | Case No.: 4:14-cv-04861-HSG |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ETHICON, INC., A SUBSIDIARY OF JOHNSON & JOHNSON, and DOES 1-50, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced matter be dismissed, with prejudice, pursuant to the Stipulation of Dismissal signed by all parties through their respective counsel.

Dated: _____7/8/2015_____     _Haywood S. Gilliam, Jr._
                                  Hon. Judge Haywood S. Gilliam, Jr.

[PROPOSED] ORDER                                                                              1